UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

JENNIFER JEAN SCHLEY,

Debtor.

Bankruptcy Case No. 24-15764 KHT

Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE
### FOLLOWING CONFIRMATION OF PLAN

On September 9, 2025, this Court entered an order requiring Debtor to file documentation addressing payment of the plan arrearages in this case by September 23, 2025. No such documentation has been filed, thus grounds exist for dismissal. Accordingly, the COURT

**FINDS** that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.

2. A Plan has been confirmed.

3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. This case is dismissed. The Clerk of the Court shall cause this Order to be served on all creditors and parties in interest within **five (5) days**.

2. In accordance with 11 U.S.C. § 349(b)(1), any custodianship or receivership superseded under § 543, any transfer avoided under §§ 522, 544, 545, 547, 548, 549 or 724(a) of Title 11 or preserved under §§ 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under § 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under §§ 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor to the Trustee, shall revest in the Debtor as of the date of this Order pursuant to 11 U.S.C. § 349.

4. **Within 30 days of the date of this Order**, the Trustee shall distribute payments received from the Debtor in accordance with the terms of the confirmed Plan. 11 U.S.C. § 1326(a)(2).

DATED this 24th day of September, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge